**Jaime LOPEZ–HERNANDEZ,**
**Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney**
**General, Respondent.**

No. 05–76882.

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted May 25, 2010.*

Filed June 9, 2010.

Brian David Lerner, Law Offices of Brian D. Lerner, Long Beach, CA, for Petitioner.

Carol Federighi, Esquire, Senior Litigation Counsel, Mark Christopher Walters, Esquire, Assistant Director, M. Jocelyn Lopez Wright, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Jaime Lopez–Hernandez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's decision finding him removable for participating in alien smuggling. We dismiss the petition for review.

We lack jurisdiction to review Lopez–Hernandez's unexhausted contentions regarding his prior counsel's alleged ineffective assistance, his entitlement to warning pursuant to *Miranda v. Arizona,* 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966), and his right to counsel. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004) (no jurisdiction over legal claims not presented in administrative proceedings below).

**PETITION FOR REVIEW DISMISSED.**

John W. Blakeley, Esquire, OIL, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

